UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DEWAYNE ELKINS,<br><br>Petitioner,<br><br>v.<br><br>VICTORVILLE U.S.P.,<br><br>Respondent. | Case No. CV 18-06973 RGK (RAO)<br><br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction.

DATED: August 28, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE